ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney

    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8942
    Facsimile: 415-744-0134
    E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR ROMAN, | Case No. CV 10-528 (FFM) |
|     Plaintiff, | **[PROPOSED] JUDGMENT** |
|     v. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
|     Defendant. | |

Consistent with the Court's Order of Remand entered herewith, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings.

DATED:  November 22, 2010

        /S/ FREDERICK F. MUMM
       HON. FREDERICK M. MUMM
       U.S. MAGISTRATE JUDGE

-1-